# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### TEXARKANA DIVISION

RONALD ANTONIO MOOREHEAD,  §
               §
     Plaintiff,    §  CIVIL ACTION NO. 5:19-CV-00144-RWS
               §
v.              §
               §
WARDEN GETER/FCI TEXARKANA,  §
               §
     Defendant.   §

## ORDER

Petitioner Ronald Antonio Moorehead, an inmate confined at the Federal Correctional Institution in Texarkana, Texas, proceeding *pro se*, brought this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. The Court referred this matter to the Honorable Caroline M. Craven, United States Magistrate Judge, at Texarkana, Texas, for consideration pursuant to applicable laws and orders of this Court. The Magistrate Judge recommends that the above-styled petition be dismissed without prejudice because it is duplicative of a previous writ that Moorehead filed that remains pending. Docket No. 8.

The Court has considered the Report and Recommendation of the United States Magistrate Judge along with the record and pleadings. Moorehead acknowledged receipt of the Report and Recommendation on January 24, 2020. Docket No. 9. No parties filed objections to the Report and Recommendation. Accordingly, Moorehead is not entitled to *de novo* review by the District Judge of those findings, conclusions and recommendations, and except upon grounds of plain error, he is barred from appellate review of the unobjected-to factual findings and legal conclusions accepted and adopted by the District Court.

Nonetheless, the Court has reviewed the pleadings in this case and the Report of the Magistrate Judge and agrees with the Report of the Magistrate Judge. *See United States v. Raddatz*, 447 U.S. 667, 683 (1980) ("[T]he statute permits the district court to give to the magistrate's proposed findings of fact and recommendations 'such weight as [their] merit commands and the sound discretion of the judge warrants . . . .' ") (quoting *Mathews v. Weber*, 23 U.S. 261, 275 (1976)).

The Court hereby **ADOPTS** the Report and Recommendation of the United States Magistrate Judge as the findings and conclusions of this Court. Accordingly, it is

**ORDERED** that the action is **DISMISSED WITHOUT PREJUDICE**.

**So ORDERED and SIGNED this 1st day of April, 2020.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE